OPINION — AG — FUNDS DERIVED FROM AN OIL AND GAS LEASE ON COUNTY HOSPITAL GROUNDS OPERATED BY A BOARD OF CONTROL SHOULD NOT BE PLACED IN THE COUNTY GENERAL FUND, BUT SAME SHOULD BE DEPOSITED IN THE "COUNTY HOSPITAL FUND". CITE: 19 O.S. 1961 781-795 [19-781] — [19-795], 62 O.S. 1961 335 [62-335], 19 O.S. 1963 Supp., 790.1 [19-790.1], 19 O.S. 1961 781 [19-781], 19 O.S. 1961 786 [19-786] (LEE W. COOK)